IN THE UNITED STATES DISTRCIT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

ROBERT E. MCDONALD,

Plaintiffs,

**FILED**
IN CLERK'S OFFICE
**US** DISTRICT COURT E.D.N.Y.

★  r.'AV - 4 2016  ★

**BROOKLYN OFFICE**

**Notice of Change of Address of Defendant
and Notice of Defendant Phone Numbers**

vs.

AHMED Y. ELKHOLY a.k.a. AHMAD ELKHOLY
a.k.a. OMAR ELKHOLY, a.k.a. AHMAD Y. ALKHOLY
a.k.a AHMED A. ELKHOLY

Defendants.
-------------------------------------------------------------------------------x

NOW COMES PLAINTIFF, Robert E. McDonald and presents the above changes. Plaintiff filed a civil action in this Court on April 26, 2016 in order to recover damages for his personal and other damages directly caused by the Defendant. Plaintiff provides the following information for the reasons below.

**Defendant's Attempts To Avoid Service**

Defendant was contacted on the morning of April 26, 2016 by Plaintiff in a final effort to resolve access to Plaintiff's property without the need of civil action. Defendant refused again to respond and Plaintiff filed the instant action.

Plaintiff provided an initial address for Defendant in the lawsuit, but has since learned that Defendant's home address was incorrect. After obtaining official public records and verification of those records, Plaintiff provides an update for the address of Defendant below. Defendant's home address is the following:

**AHMED Y. ELKHOLY**
**57-20 65ᵗʰ Street**
**Maspeth, New York 11378-2825**

Defendant has also indicated that he may seek to avoid service of the lawsuit so that he may claim improper service. In response, Plaintiff sought confirmation of the Defendant's home

address through other public sources such as the New York Department of Motor Vehicles, Verizon, Sprint and T-Mobile phone companies, the United States Department of State and the Social Security Index File.

Through these records, Plaintiff discovered that **Defendant's home phone number is (718) 894-3957 and Defendant's personal cell phone number is 347-549-8880**. Plaintiff submits this information to the Court in order to provide the U.S. Marshalls office with the latest and most recent information in order to effect service upon Defendant should the court grant in forma pauperis status.

Respectfully submitted,

Robert E. McDonald
Plaintiff
Urb. La Providencia
2425 Calle Shequel
Ponce, Puerto Rico 00728

Robert E. McDonald
Urb. La Providencia
2A35 Calle Sheguzl
Ponce, Puerto Rico 00728

$ 000.94⁰
02 1P
0001972313   APR 28 2016
MAILED FROM ZIP CODE 10167

SAN JUAN PR 009
28 APR 2016 PM

Clerk of the
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

11201818S2 C013